DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-12-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MOHAMMED ISLAM and
MOHAMMED SIDDIK, individually and
on behalf of all others similarly situated,

Plaintiffs,

- against -

LX AVENUE BAGELS, INC., d/b/a TAL BAGELS,
AMIR RAM BAGELS, INC., d/b/a TAL BAGELS,
TAL ON 1st INC., d/b/a TAL BAGELS,
MOHAMMAD KAMAL, IMANUEL HALON
AMIR RAM, and HOSSAM ZEBIB,

Defendants.

------------------------------------------------------------X

18 Civ. 04895 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Counsel for Defendants in this FLSA case has presented proof that as of November 8 and 9, 2019, the corporate defendants filed for Chapter 11 Bankruptcy in the Easter District of New York. Having considered the parties' submissions as to whether application of the automatic stay should be lifted (Dkt. 68, 70, 72), the prior proceedings in this case, and the rules and principles governing the automatic stay, the Court finds no need for a conference and orders that this matter is STAYED with regard to all defendants pending resolution of the Chapter 11 bankruptcy proceedings. *See, e.g., Bernal v. Tres Amigos Corp.*, No. 18-CV-9567 (ER), S.D.N.Y. April 3, 2019) at Dkt. 20 (order staying FLSA case under similar circumstances). The parties shall notify the Court within three days following resolution of each bankruptcy proceeding. The Clerk is respectfully requested to close the motion at Dkt. 68 and to mark the case as stayed.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   December 12, 2019
         New York, New York

Copies transmitted to all counsel of record.