UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOHAMMED ISLAM, et al.,                :    18-CV-4895 (RA) (RWL)
                                        :
                        Plaintiffs,     :    **ORDER**
                                        :
        - against -                     :
                                        :
LX AVENUE BAGELS, INC., et al.,         :
                                        :
                        Defendants.     :
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On December 12, 2019, the Court ordered this matter stayed as to all Defendants pending resolution of Chapter 11 bankruptcy proceedings.

The parties shall provide the Court with a status report on the bankruptcy proceedings by **December 14, 2020**.

The parties shall thereafter file status reports every 6 months and notify the Court within 10 days after the bankruptcy proceedings have arrived at a point where the stay of this case may be lifted.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record.